IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff,

  v.

DARRELL WALKER PERSONNEL
STAFFING,

    Defendant.

CIVIL ACTION NO.

5:01-cv-0251-3(HL)

JURY TRIAL DEMANDED

## COMPLAINT

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the bases of race, and to provide appropriate relief to Harriett R. Bennett who was hired under different terms and conditions of employment than similarly situated non-black employees, paid less than similarly situated non-black employees, and terminated because of her race, black. Specifically, the Commission alleges that the Defendant intentionally hired Ms. Bennett at a lower wage than that paid to similarly situated non-black workers and for a time period significantly shorter than that given to similarly situated non-black workers in violation of Title VII. The Commission further alleges that the Defendant discharged Ms. Bennett on or about September 25, 1999, because of her race, black, in violation of Title VII.

### JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII

of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3)("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Georgia.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant has continuously been a Georgia corporation doing business in the State of Georgia and the City of Macon and has continuously had at least 15 employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Harriett R. Bennett filed a charge with the Commission alleging violations of Title VII by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. From approximately September 20, 1999 through September 25, 1999, Defendant engaged in unlawful employment practices at its Macon, Georgia location, in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-2(a)(1). These practices include (a) hiring Harriett R. Bennett, a black employee, at a lower rate of pay than it hired similarly situated non-black

employees; (b) hiring Harriett R. Bennett under different terms, conditions, and privileges of employment than those held by similarly situated non-black employees; and (c) terminating Harriett R. Bennett because of her race, black.

8.  The effect of the practices complained of in paragraph 7 above has been to deprive Harriett R. Bennett of equal employment opportunities and otherwise adversely affect her status as an employee because of her race.

9.  The unlawful employment practices complained of in paragraph 7 above were intentional.

10. The unlawful employment practices complained of in paragraph 7 above were done with malice or with reckless indifference to the federally protected rights of Harriett R. Bennett who was paid less than similarly situated non-black employees; hired for a time period less than that of similarly situated non-black employees; and terminated because of her race, black.

## **PRAYER FOR RELIEF**

Wherefore, the Commission respectfully requests that this Court:

A.  Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from discriminating in any of its establishments between employees on the basis of race.

B.  Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for black employees, and which eradicate the effects of its past and present unlawful employment practices.

C.  Order Defendant to make whole Harriett R. Bennett, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to

reinstatement and front pay for Harriett R. Bennett.

  D. Order Defendant to make whole Harriett R. Bennett by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraph 7 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

  E. Order Defendant to pay Harriett R. Bennett punitive damages for its malicious and reckless conduct described in paragraph 7 above, in amounts to be determined at trial.

  F. Grant such further relief as the Court deems necessary and proper in the public interest.

  G. Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

Respectfully submitted,

GWENDOLYN YOUNG REAMS  
Acting Deputy General Counsel  
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION  
1801 "L" Street, N.W.  
Washington, D.C. 20507

*/s/ S. Robert Royal*  
S. ROBERT ROYAL  
Regional Attorney  
Georgia Bar No. 617505

(signatures continue on following page)

_____
AMY ELIZABETH LOGGINS
Trial Attorney
Georgia Bar No. 097862
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION, ATLANTA DISTRICT OFFICE
100 Alabama St., SW, Suite 4R30
Atlanta, Georgia 30303
Telephone:   (404) 562-6815 or 6932
Facsimile:    (404) 562-6905